U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 8 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KEITH ROACH | CIVIL ACTION NO. 2:12-03165 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| AIR LIQUIDE AMERICA LP, ET AL | MAG. JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (R. #154) is hereby **GRANTED** dismissing with prejudice plaintiff's claims against Citgo Petroleum Corporation.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court determines that there is no just reason for delay and directs entry of final judgment under rule 54(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in chambers in Alexandria, Louisiana on this 28th day of June, 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE